# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

           **Plaintiff,**

        **v.**                                   **CASE NO.  25-CR-10053-EFM**

RUSSELL SCOTT IV,

           **Defendant.**

# SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## <u>COUNT 1</u>

### POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL
### [21 U.S.C. § 841(a)(1) and (b)(1)(C)]

On or about September 19, 2023, within the District of Kansas, the defendant,

### RUSSELL SCOTT IV,

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and

substance containing a detectable amount of fentanyl, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and

Title 18 United States Code, Section 2.

### <u>FORFEITURE NOTICE</u>

1.      The allegations contained in Count 1 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

A.    A CBC Industries, LLC, model C556, Multi (.300 Blackout) caliber pistol, bearing serial number CBC-A00861;

B.    A Glock, no model listed, 9mm caliber pistol, bearing serial number VEH076 and importer markings of Glock, Inc., Smryna, GA;

C.    A Sig Sauer, model P938, 9mm caliber pistol, bearing serial number 52E000601;

D.    An FN Herstal, Model Five-seveN (Mk2P), 5.7x28 caliber pistol, bearing serial number 386425477 and importer markings of FN Columbia SC;

E.    A Smith & Wesson, model M&P 40 Shield, .40 caliber pistol, bearing serial number HMK7174;

F.    A HS Produkt (Springfield Armory), Model XDm Elite, 10mm caliber pistol, bearing serial number BB417744 and importer markings of SI Geneseo, IL;

G.    A Kel-Tec CNC Inc, model KSG, 12-gauge caliber shotgun, bearing serial number XY9E66;

H.   A Kel-Tec, CNC Inc, Model Sub 2000, 9mm caliber rifle, bearing serial number FH2D24;

I.   A Dikar (Bergara), Model B14, .300 Win Mag caliber rifle with serial number, bearing serial number ES 61-06-048908-20; and

J.   Ammunition.

All pursuant to Title 21, United States Code, Section 853.

RYAN KRIEGSHAUSER
United States Attorney

By: /s/ Oladotun O. Odeyemi
OLADOTUN O. ODEYEMI #29178
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Email: ola.odeyemi@usdoj.gov

3

## **PENALTIES**

**Count 1:       21 U.S.C. § 841(a)(1) and (b)(1)(C)**
              **[Possession with intent to distribute fentanyl]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C)
- A term of supervised release of at least three (3) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not more than thirty (30) years. 21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least six (6) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.