# Scott Cory Ritchie

███████████████████████████

---

## Statement in Support of Russell Scott IV

I am writing this statement in support of Russell Scott IV to share my personal perspective on his character, his contributions, and his sustained commitment to the company from its earliest beginnings through where it stands today.

From the outset, Russell has given far more to this company than was ever required of him. His involvement has never been driven by personal gain - rather, it has consistently reflected a strong sense of responsibility, loyalty, and belief in what we were building. He has devoted significant time, energy, and expertise to support not only the business itself but also the people behind it - often stepping forward quietly and without expectation of recognition.

Russell was foundational in the creation of the company. The original funding was provided by his father, himself, and a third-party investor that Russell personally identified and brought into the business. This was not a passive contribution. Russell assumed genuine personal and financial risk because he believed deeply in the company's mission and was willing to stand behind it when it mattered most.

Beyond his financial involvement, Russell played a critical role in securing the genetics that ultimately defined the quality and differentiation of our product. This contribution was deliberate and strategic, not incidental. It allowed the company to offer a product that was both exceptional and distinct, setting the tone for everything that followed. That early decision remains one of the cornerstones of the company's reputation and success.

Over the years, Russell has consistently taken on whatever role was needed at the time. His responsibilities have ranged from hands-on work such as shipping, fulfillment, logistics, and operations to executive-level and strategic contributions. There was never a task beneath him, nor a challenge he avoided. His adaptability and willingness to shoulder responsibility reflect both a strong work ethic and a deep, practical understanding of the company from the ground up.

One of the most meaningful aspects of Russell's involvement has been the time he spent working closely alongside his father. This included extensive travel, long workdays, and constant collaboration during key periods of growth. These experiences reflect not only professional dedication, but also personal sacrifice and a genuine commitment to family and

Attachment A

shared responsibility.

Over the past twelve months, Russ has demonstrated exceptional and measurable growth. He has significantly elevated his professionalism, reliability, and effectiveness, and has become an increasingly valuable and trusted contributor to my team.

As the company now faces downsizing and restructuring, Russell's value has become even more apparent. He recognizes that the company's future depends on adaptability and evolution - particularly in areas such as social media and artificial intelligence - and he has proactively positioned himself to contribute where the company needs it most. His forward-looking mindset and willingness to grow alongside the business are essential as the organization works toward its next chapter.

From the earliest days of the company through its current challenges, Russell Scott IV has remained consistently involved and committed. His integrity, resilience, and versatility stand out, and his actions over time speak far more clearly than any single accomplishment. It is for these reasons that I offer this statement as a sincere and personal testament to his character, reliability, and the lasting importance of his role within the organization.

Sincerely,

**Scott C. Ritchie**

CEO, Receptra

Your honor,

I am Russell Scott III and am writing to you concerning my son Russell Scott IV. I have been in his life since he was born. His mother and I decided he should have the best education available in Dever, Colorado. He attended St Annes Episcopal School, in Denver, from K to 8th grade. He had a robust and loving family life with special attention to birthdays and holidays. My wife and I, along with his sister, traveled extensively for holidays and summer vacations. He was 2 and a half when we traveled on the QE2 from New York to Southhampton England in November of 1990. He experienced many other trips around the United States and Mexico. He had the opportunity to experience the millennial celebration in Paris France at Versailles Palace.

In early elementary school I had the opportunity to be an assistant coach for Russ's soccer and lacrosse teams at St Anns. I participated in numerous off campus activities for his class as driver and wrangler for 7-, 8- and 9-year-olds.

My son applied to and was accepted to Mullen High School for his 9-12 grade education, where he was an above average student and played on their sports teams. He graduated in 2007. During my son's time at Mullen, his mother and I separated (2005) and eventually divorced in 2008. As unfortunately happens, as the father, my relationship with both my children suffered due to family courts preference to rest control of the offspring with the mother, and her preference to punish me, by alienating my children. During the time Russ lived at his mother's house, he had two extremely traumatic events stemming from his mother's poor physical and mental health. Over a 20 month period, he found his mother twice lying on her bathroom floor, where she had been for approximately 2.5 days, unable to get up off the floor or move herself at all. He called 911 both times. The second time resulted in a 20 day stay in ICU care. Russ's mother passed away suddenly in 2018.

Knowing he needed help, I found and arranged placement in a highly recommended facility in Salt Lake City, Utah for a 6-month inpatient drug rehabilitation program. He knew he needed help and went willingly and took financial responsibility for his stay. He completed all three phases of the program and returned to Colorado for July 4th weekend to our ranch, to welcome him home and celebrate the holiday.

I moved from Colorado to Gulf Shores, Alabama 8/23. Russ came to visit me in March of 2025 to see how I was doing physically and emotionally. We had a great reconnection after a longer time apart than ever before. Russ's presence has been Godsend for me. I have had suffered several health setbacks after my move. My son living at my house has been a significant benefit. I am facing the need for a double knee replacement and could certainly use his help in rehabilitation, health and home management.

Russ has also been instrumental in helping the company we co-founded in 2015 stop its recent slide in operations and sales. His knowledge of AI, marketing and sales has been beneficial and helped keep the company solvent, in a volatile market. His continued insight and participation in strategy is crucial for success.

The time I have gotten to spend with my son these last 10 months have been very beneficial for both of us, intellectually and emotionally. I have seen such growth in his will and discipline. Our father-son relationship has grown immensely. He has really come to terms with his addiction, that will be with him forever. He has expressed to me how badly he behaved, and how ashamed he is of his actions, and will deal with the consequences as an adult. He is not a bad person who needs punishment, he needs a good therapist to sort out some difficult situations in his life.

Russell Scott III

Your Honor,

I am writing to you on behalf of Russ, someone I have known for over twenty years and consider one of the closest and most important people in my life. We met when I was eighteen and he was seventeen, and now, as I approach forty, I can say with complete sincerity that Russ has been one of the most consistent, meaningful, and trusted relationships I have ever had.

Over the course of two decades, we have shared what feels like a lifetime of experiences together, most of them side by side with just the two of us. From long nights talking by the fire at his family's cabin in the Colorado mountains, to thousands of miles of traveling, hiking, riding, even cross country adventures  to countless everyday moments that build a true friendship, Russ has been my constant. When I look back on my life, many of my most meaningful memories include him.

Because of the amount of time we have spent together, I feel uniquely qualified to speak to who Russ truly is at his core. He is, without question, one of the most kind, thoughtful, and genuinely good people I have ever known. He has a quiet intelligence, a depth, and an ability to connect with people that is rare. He listens, he shows up, and he genuinely cares deeply for others, which is not often found.

I am incredibly proud to know him. I am proud to call him my best friend. I am proud of the way he has shown up in my life and in the lives of others over the past twenty years. It is rare to find someone who is as steady, loyal, and genuinely selfless as Russ. He has always been someone who gives more than he takes, someone who can be counted on without question, and someone whose presence brings a sense of trust and stability to those around him. That kind of person is not common, and it is not something that can be fabricated. It is simply who he is. Whether it was opening his home to me without hesitation, allowing me to stay for extended periods of time, or trusting me enough to stay in his mother's home while he was living in California, Russ has consistently shown a level of generosity and character that I deeply respect and admire.

I have also had the privilege of forming a close bond with Russ's family, and those relationships have had a lasting and meaningful impact on my life. His father, in particular, has been a steady and guiding presence for me, offering a level of care, support, and wisdom that has, in many ways, felt like that of a father I never knew one could have. His influence has been deeply meaningful to me, and I am incredibly grateful for it. I was also fortunate to know his late mother, whose warmth, strength, and character left a lasting impression on me. It is clear to me that the values they instilled, including loyalty, compassion, and integrity, are not only part of Russ's upbringing but are fundamental to who he is today. Seeing the way his family cares for others has only reinforced my understanding of Russ's character. I also know his sister well, and the trust she has placed in me, asking me to help sell their late mother's home and assist her in purchasing her own, is something I hold in the highest regard. Their family has had a profound influence on me, and I see that same foundation reflected so clearly in Russ.

It would be incomplete, however, not to acknowledge that Russ has struggled. Following the loss of his mother, he fell into a period of drug abuse that has been extremely difficult, not only for him, but for myself and everyone who cares about him. There were times when this created distance between us, and those periods were not easy, but I can't state this enough, that even at his lowest, he always cared for me and  I never lost sight of the person he truly is beneath those struggles.

What has meant the most to me recently is hearing the Russ I have always known return. Over the past few months, our conversations have shifted in a way that is difficult to fully put into words. There is a clarity, an honesty, and a level of self-awareness that reminds me of the young man I met all those years ago, the same character, the same heart, and the same person I have always believed in, trusted, and admired.

I cannot overstate how proud I am of him for that. The path has not been easy, and the willingness to confront those struggles and find his way back to the man I have always known reflects real strength and character. He is, at his core, someone who brings value, stability, and genuine care to the people around him. That is not something learned overnight, it is who he is. I know him to be a true asset not only in my life, but in the lives of others, and in the world in total. Seeing him return to that person has been both meaningful and reaffirming.

Russ is not defined by his worst moments. He is defined by the way he cares for others, the loyalty he has shown over a lifetime, and his genuine desire to be better, not just for himself, but for the people around him. He has been an anchor in my life for over twenty years, and I know he has the capacity to continue being a positive force in the world.

Your Honor, I respectfully ask that you consider the full measure of who Russ is. I am proud to know him, proud to stand by him, and confident in the man he is and continues to become.

Thank you for your time and consideration.

Respectfully,


Brendan K O'Brien.

Honorable Eric F. Melgren
% Mr. Eli O'Brien
200 West Douglas Ave., Suite 830
Wichita, KS 67202.


Your Honor,

My name is Alexander Brough, and I am writing in support of Russell Scott.

By way of background, I am a career entrepreneur, brand strategist, and award-winning filmmaker. Throughout my professional life, I have also remained deeply committed to public service and community involvement.

My professional experience has included serving as a content producer for Studio 411, which at the time was the largest action sports content distributor in the world, and as a marketing and brand strategist or consultant for multiple Fortune 500 companies, including Red Bull, Rockstar Energy Drink, Jose Cuervo Reserva de la Familia, Pabst Blue Ribbon, KarmaLoop.com, and Suisse Bank. I was also the Executive Producer and Producer of the award-winning documentary *Charles Bradley: Soul of America*, which received numerous accolades and premiered on opening night at SXSW. In addition, I have been the Co-Founder of Sum Of Us Films, Founder of Keneh Ventures, former Co-Fund Manager of a private equity firm based in New York City and Aspen, former President of Cannabition Museum in Las Vegas, former Board Member of WeDream, and I currently own and operate Pupper Bus, a dog adventure company based in Aspen, Colorado.

My public service background includes serving as Co-Founder of Iconic Medical Group, where I led operations, marketing, and creative efforts for a task force formed in response to the COVID-19 pandemic. Our group helped retool seven American factories and manufacture millions of units of PPE throughout the United States. I have also served as Outreach Chair for the Pitkin County Democrats, Vice President of the Aspen Young Professionals Association, and Co-Chair of Citizens Against a Bigger Airport in Aspen. I was recently invited to join the Aspen Hall of Fame Board. I also teach wounded veterans how to wakesurf during the summers, have helped organize numerous community events, and have assisted in raising millions of dollars for charitable organizations and political candidates. Since childhood, I have volunteered in soup kitchens, helped feed the elderly, and regularly provided free or reduced-rate services to local organizations for fundraisers and events.

I share this background so the Court may understand that I do not offer this letter lightly. I have known Russell for nearly twenty years, and during that time I have consistently known him to be intelligent, thoughtful, and fundamentally decent. He is someone whose judgment I have long respected and whose friendship I deeply value.

One of the qualities I most admire about Russell is his ability to engage thoughtfully and respectfully with people who hold different perspectives. Russell and I differ in many of our core

political beliefs, yet our conversations have always been meaningful, insightful, and constructive. He has challenged me to think more critically and helped me better understand viewpoints different from my own. Our friendship has made me a better listener, a more thoughtful communicator, and a more understanding person.

Over the years, I have also spent a great deal of time with Russell in Aspen, Denver, and particularly at his family's ranch and fishing property in the Colorado mountains. Some of my fondest memories with him involve fishing, cooking, hiking, foraging, horseback riding, off-roading, and other outdoor pursuits. In one instance, when my then-fiancée and several of her friends failed to return from an evening off-road outing after their vehicle became disabled, Russell responded with empathy, leadership, and urgency. He helped organize efforts to search for them and ensure their safe return. That moment reflected the same character I have always seen in him: calm, capable, compassionate, and dependable.

Russell has faced struggles with addiction, and I do not minimize those challenges. However, in all the years I have known him, I have never doubted his character or his heart. I have always known him to be trustworthy, intelligent, and resilient. His struggle has never defined the entirety of who he is. Rather, I believe it is a hardship he has battled, not a measure of his worth as a person.

I respectfully ask the Court to show leniency in its consideration of Russell. He has the support of friends and family, the personal strength to confront his shortcomings, and the capacity to overcome this disease that has harmed so many individuals and families across our country. I believe sincerely that Russell is capable of growth, recovery, and redemption, and I hope he is given the opportunity to continue proving that.

Thank you for your time and consideration.

Sincerely,
Alexander Brough